# EXHIBIT D

Bobby Shmurda Associate Cur...

Secure | https://www.complex.com/music/2017/01/bobby-shmurda-associate-santino-boderick-curses-out-judge-handing-him-prison-sentence

COMPLEX

Music    Style    Pop Culture    Sports    Life    Sneakers    Shows



SALUD!    THE CARTERS

EXCLUSIVE

Listen exclusively on TIDAL

# Bobby Shmurda Associate Curses Out Judge for Handing Him Insanely Long Prison Sentence

BY **TRACE WILLIAM COWEN**    JAN 19, 2017

Trace William Cowen is a writer based in Los Angeles. He tweets with dramatic irregularity *here*.

SHARE    TWEET



Bobby Shmurda's Associate Handed Insane Prison Sentence

Bobby Shmurda's pal gets 130-year sentence, curses out judge

By Rebecca Rosenberg    January 19, 2017 | 1:24am

0:39 / 1:44

Video via Complex NEWS

▶ SUBSCRIBE ON YOUTUBE

**Santino Boderick**, also known as Cueno, was sentenced to 117 1/2 to 130 years in

### NOW TRENDING



Jay-Z Is the New President of Puma Basketball
Sole Collector

 Puma Relaunches Basketball Division With Multiple Signings,...

 Migos' Rough Draft of Beyoncé and JAY-Z's "Apesh*t" Surfaces

CLOSE

 **COMPLEX**    Music    Style    Pop Culture    Sports    Life    Sneakers    Shows

# Bobby Shmurda Associate Curses Out Judge for Handing Him Insanely Long Prison Sentence

 BY **TRACE WILLIAM COWEN**    JAN 19, 2017

Trace William Cowen is a writer based in Los Angeles. He tweets …

**SHARE**    **TWEET**



Video via Complex NEWS



## NOW TRENDING

 **Jay-Z Is the New President of Puma Basketball**
Sole Collector

 **Puma Relaunches Basketball Division With Multiple Signings,...**

 **Migos' Rough Draft of Beyoncé and JAY-Z's "Apesh*t" Surfaces**

SUBSCRIBE ON YOUTUBE

MUSIC

Case 1:18-cv-05488-CM   Document 1-4   Filed 06/18/18   Page 4 of 4






